IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GUMARO RUIZ GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the defendant's motion to determine status of Rule 35 motion,

IT IS ORDERED that the counsel for the government shall file in the court file a status report indicating when the government's Rule 35 motion (filing 30) will be ready for resolution. The status report is due on or before January 23, 2006. Otherwise, the defendant's motion (filing 34) to determine status of Rule 35 motion is denied.

December 21, 2005.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge